UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ARGONAUT INSURANCE COMPANY,                :
                                           :
           Plaintiff,                  :          24-CV-0808 (OTW)
                                           :
           -against-                   :          **ORDER**
                                           :
MICHAEL CIVIN, et al.,                     :
                                           :
           Defendants.                 :
                                           :
                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on November 6, 2024.

The parties are directed to file a joint status letter on the docket on **December 20, 2024,** and on the last business Friday of each month thereafter.

**SO ORDERED.**

                                                                                  *s/ Ona T. Wang*

Dated: November 6, 2024                                  **Ona T. Wang**
       New York, New York                        United States Magistrate Judge