**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ARGONAUT INSURANCE COMPANY,                    :
                                               :
                      Plaintiff,               :          24-CV-808 (OTW)
                                               :
               -against-                       :          **ORDER**
                                               :
MICHAEL CIVIN, et al.,                         :
                                               :
                      Defendants.              :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a status conference on this matter on April 2, 2025. As ORDERED at the April 2 conference:

1)  All formal responses and objections to requests for production are due by **April 4, 2025.** Do not file these on the docket.

2)  Plaintiff's deadline to file an amended complaint is hereby **EXTENDED** to **April 25, 2025.** There will be no extensions.

3)  The parties are directed to meet and confer and file a proposed briefing schedule for motions for summary judgment by **May 2, 2025**.

4)  It is the Court's understanding that document production will be complete by the end of the week. All other discovery is currently stayed.

        **SO ORDERED.**

                                                 *s/ Ona T. Wang*

Dated: April 2, 2025                          **Ona T. Wang**
      New York, New York                     United States Magistrate Judge