UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
ARGONAUT INSURNACE COMPANY,                                  :
                                                             :
                        Plaintiff,                           :        24-CV-808 (OTW)
                                                             :
              -against-                                      :        **ORDER**
                                                             :
CIVIN et al.,                                                :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, United States Magistrate Judge**:**


It has come to the Court's attention that parties in this case have reached a settlement.

Accordingly, it is **ORDERED** that the above-entitled action be and is hereby dismissed and

discontinued without costs, and without prejudice to the right to reopen the action within

thirty days of the date of this Order if the settlement is not consummated.  To be clear, any

application to reopen **must** be filed **within thirty days** of this Order; any application to reopen

filed thereafter may be denied solely on that basis.

Any pending motions shall be terminated as moot, and all conferences shall be vacated.

The Clerk of Court is directed to close the case.


        **SO ORDERED.**



                                                    _s/ Ona T. Wang_____
Dated: May 15, 2026                                 **Ona T. Wang**
       New York, New York                           United States Magistrate Judge